IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION


Tyler F.,[1]                                              Case No. 6:20-cv-1959-HL

                    Plaintiff,

                                                          **ORDER**

          v.

COMMISSIONER, Social Security
Administration,

                    Defendant.
_____

HALLMAN, United States Magistrate Judge:

          Based upon the stipulation of the parties, it is hereby ORDERED that,

pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the

amount of $6,875.03 be awarded to Plaintiff.  If Plaintiff does not owe an

outstanding debt eligible underthe Federal Treasury Offset Program, Defendant shall

make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall

mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240,

_____

[1] In the interest of privacy, this Order uses the first name and last name initial of the non-government party.


Page 1 – ORDER

Eugene, Oregon, 97401.

There are no other costs or expenses to be paid herein.

DATED this 1st day of November, 2021.

ANDREW HALLMAN
United States Magistrate Judge